No. 17–0263/AR.  U.S. v. Timothy B. Hennis.  CCA 20100304.  On consideration of Appellant's consolidated motion to compel funding for learned counsel, a mitigation specialist, and a fact investigator, for appointment of appellate team members, and for a stay of proceedings, we note that Dep't of the Army, Reg. 27–10, Legal Services, Military Justice para. 28–6(c) (May 11, 2016) provides under its "suggested capital litigation teams" that "[t]he defense team should consist of members whose duties are substantially dedicated to the capital case and shall include at least two experienced, qualified defense counsel, ... and one paralegal (GS–9 or E–6)...." By the lead appellate defense counsel's own admission, he is neither experienced nor qualified as defined by the applicable regulation, and has significant other demands on his time. Accordingly, it is ordered that within 30 days from the date of this order, Appellee will show cause why it has not provided Appellant with defense assistance that comports with the qualifications suggested by paragraph 28–6(c) of AR Reg. 27–10. The Court will consider Appellee's response and the pending consolidated motion and will issue an order that addresses that motion and establishes a briefing schedule.

No. 17–0474/AR.  U.S. v. Carl H. Weicht, Jr.  CCA 20160376.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 12, 2017.

No. 17–0477/AR.  U.S. v. Robert J. Carr.  CCA 20150529.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 11, 2017.

No. 17–0478/AR.  U.S. v. Mark A. Greschel.  CCA 20150575.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 13, 2017.

Tuesday, June 27, 2017

No. 17–0370/AR.  U.S. v. Adam G. Koenig.  CCA 20150225.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.